MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com/michaeljmiceli@gmail.com
Attorney for Defendant
DANIEL NATHAN

\_\_\_\_ FILED         \_\_\_\_ RECEIVED
\_\_\_\_ ENTERED       \_\_\_\_ SERVED ON
         COUNSEL/PARTIES OF RECORD

FEB 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00368- VCF |
| Plaintiff, | **ORDER** ~~STIPULATION~~ AND ORDER TO CONTINUE PRELIMINARY EXAMINATION |
| v. | |
| DANIEL NATHAN, | **(FIFTH REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between DANIEL NATHAN, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and the United States of America, ROBERT KNIEF, Assistant United States Attorney, that the preliminary examination hearing currently scheduled for February 10, 2020 at 4:00 p.m., be vacated and reset to a date and time convenient to the Court but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.
2. Defendant is not currently incarcerated and on Pretrial Release.
3. Defendant has signed a Plea Agreement.
4. The parties need a continuance to get all documents to the Court to set a change of plea hearing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the fifth request for a continuance of the preliminary.

DATED this 10th day of February 2020.

| PITARO & FUMO, CHTD. | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| /s/<br>MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>DANIEL NATHAN | /s/<br>ROBERT KNIEF, ESQ.<br>ASSISTANT UNITED STATES ATTORNEYS<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-mj-00368- VCF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL NATHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Defendant is not currently incarcerated and on Pretrial Release.

3. Defendant has signed a Plea Agreement.

4. The parties need a continuance to get all documents to the Court to set a change of plea hearing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the fifth request for a continuance of the preliminary.

## ORDER

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy preliminary hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for a preliminary hearing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the preliminary examination in the above captioned matter currently scheduled for February 10, 2020 at 4:00 p.m., be vacated and continued to March 10, 2020, at 4:00 p.m. Courtroom 3D.

DATED this 10th of February, 2020.

~~U.S. DISTRICT JUDGE~~

CAM FERENBACH
U.S. MAGISTRATE JUDGE